# ARREST.

SEE Audita Querela 6. Assumpsit 3.

---

# ASSUMPSIT.

### No. 1.

**VERMONT STATE BANK** *against* **JOHN STODDARD.** *Franklin,* 1816.

AN action for money had and received will lie to recover the balance due on a note given up (unpaid) by mistake ; when the note was given for money loaned.

---

### No. 2.

**SELECTMEN OF NEWBURY** *against* **JOHNSON.** *Orange,* 1816.

SELECTMEN, in their official capacity, cannot maintain an action against a surveyor of highways for damages sustained by the town in an individual's being injured by an unrepaired state of the road. The action ought to have been brought against the town. An action of assumpsit will not lie in the above case, it ought to have been a special action on the case.

---

### No. 3.

**FLAGG** *against* **WALKER.** *Rutland,* 1817.

A *promise,* made to a Sheriff, who had suffered an execution to run out in his hands in *consideration* that he would not take out an alias execution, is void for want of *consideration ;* the Sheriff having no authority to pray out execution unless directed or empowered by the creditor ; no costs were allowed in this case the decision being made on motion in arrest, by defendant.